UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| RIGOBERTO SANCHEZ, | ) | No. 5:22-cv-03259-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 22, 2023, Defendant filed a Motion for Remand. ECF No. 25. Defendant states that Plaintiff consents to the requested relief. Upon consideration of Defendant's Motion for Remand, ECF No. 25, pursuant to Sentence Four of 42 U.S.C. § 405(g), and any response thereto, it is hereby **ORDERED** that the Defendant's Motion is GRANTED and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

May 23, 2023                                                                 Kaymani D. West
Florence, South Carolina                                           United States Magistrate Judge