UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| RIGOBERTO SANCHEZ, | ) | No. 5:22-cv-03259-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | **ORDER** |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

AND NOW, this 26th day of May, 2023, upon review of Plaintiff's Petition for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, (the "EAJA"), ECF No. 29, and Defendant's Response in Support of Plaintiff's Motion, ECF No. 30, it is hereby, ORDERED that Plaintiff, Rigoberto Sanchez, is awarded attorney fees in the amount of Six Thousand Five Hundred Dollars and 00/100 Cents ($6,500.00) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

    IT IS SO ORDERED.

May 30, 2023                                                                                 Kaymani D. West
Florence, South Carolina                                                     United States Magistrate Judge